FILED
JAN 0 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMIE REED,<br>  Plaintiff,<br>v.<br>NANCY TALAJKOWSKI, et al.,<br>  Defendants. | Case No. 13-cv-05706-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 5 |

This action for employment discrimination was reassigned to this Court on January 6, 2014. A motion to dismiss the complaint filed by the United States was filed on December 20, 2013, and is currently pending. The basis for the motion is that the Court lacks subject matter jurisdiction over the action and that the complaint fails to state a claim upon which relief can be granted. The deadline to file a response to the motion was January 3, 2013. As of the date of this order, Plaintiff Reed, who is appearing pro se, has not filed a response. Accordingly, within 21 days of the date this order is filed, Reed shall show cause, in writing, why this action should not be dismissed for failure to prosecute. A failure to respond to this order will result in the dismissal of this action.

Reed is encouraged to seek the assistance of the Legal Help Center in prosecuting this action. The Legal Help Center provides help to any litigant who is representing herself in a civil lawsuit in the San Francisco or Oakland divisions of the United States District Court for the Northern District of California. The Legal Help Center is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, and at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California. Assistance is provided by appointment only. A litigant may schedule an appointment by calling the Legal Help Center appointment line at 415-782-8982.

**IT IS SO ORDERED.**

Dated: 1/8/14

_____
JON S. TIGAR
United States District Judge